**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    )<br>                                                                )<br>                    **Plaintiff,**         )<br>                                                                )  **Civil Action No. 12-1476**<br>          **v.**                                            )<br>                                                                )<br>                                                                )<br> **JASON PHARMACEUTICALS, INC.**   )<br>                                                                )<br>                    **Defendant.**       )<br>                                                                ) | |

### MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, hereby requests that this Court enter the Consent Decree that accompanies this Motion.  All parties have agreed to the terms of the Consent Decree, as evidenced by their signatures thereon.  The government believes that the entry of this Consent Decree would most efficiently further the ends of justice in this case.

//

//

//

DATED: September 7, 2012               Respectfully submitted,

                                              STUART F. DELERY
                                              Acting Assistant Attorney General
                                              Civil Division
                                              United States Department of Justice

                                              MAAME EWUSI-MENSAH FRIMPONG
                                              Deputy Assistant Attorney General
                                              Civil Division

                                              MICHAEL S. BLUME
                                              Director
                                              Consumer Protection Branch

By:  s/ Alan J. Phelps
                                              ALAN J. PHELPS
                                              Trial Attorney
                                              Consumer Protection Branch
                                              U.S. Department of Justice
                                              PO Box 386
                                              Washington, D.C. 20044
                                              Phone:  202-307-6154
                                              alan.phelps@usdoj.gov
                                              DC Bar No.: 475938

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2012, the undersigned caused a true and correct copy of the above-entitled MOTION TO ENTER CONSENT DECREE to be served via FedEx upon the following:

    John D. Graubert
    Covington & Burling
    1201 Pennsylvania Ave. NW
    Washington, DC  20004

                              s/ Alan Phelps
                              ALAN J. PHELPS
                              TRIAL ATTORNEY